# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boudin, Michael | U.S. Court of Appeals - 1st Circuit | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals
1 Courthouse Way
Boston, Massachusetts 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Emeritas Member | ALI Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Professorship at Harvard Law School |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Boudin, Michael | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Harvard University | Education Loan | M |
| 2. | Bank of America | Mortgage | M |
| 3. | Harvard University Employees Credit Union | Mortgage | N |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America Cash Account #1 | A | Interest | N | T | | | | | |
| 2.  Bank of America Cash Account #2J | | None | K | T | | | | | |
| 3.  Bank of America Cash Account #3S | | None | K | T | | | | | |
| 4.  Bank of America Cash Account #4S | | None | K | T | | | | | |
| 5. | | | | | | | | | |
| 6.  Eastern Bank Cash Account | A | Interest | M | T | | | | | |
| 7.  TD Bank N.A. Cash Account | A | Interest | M | T | | | | | |
| 8.  Capitol One Cash Account | A | Interest | J | T | | | | | |
| 9.  Citibank Cash Account | A | Interest | N | T | | | | | |
| 10.  Bank of Hawaii Cash Account | | None | J | T | | | | | |
| 11.  Harvard University Employees Credit Union Cash Account | A | Interest | K | T | | | | | |
| 12. | | | | | | | | | |
| 13.  Invesment Account #1 (H) | | | | | | | | | |
| 14.  -UBS Bank USA Dep Acct Cash Account | A | Interest | M | T | | | | | |
| 15.  -RMA Govt Money Market FD | C | Dividend | N | T | | | | | |
| 16.  -Prudential National Muni Fund Inc A PRNMX | A | Interest | K | T | | | | | |
| 17.  -UBS U.S. Allocation Fund Class C KPAAX | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | | | | |
| 19.　Invesment Account #2 (H) | | | | | | | | | |
| 20.　-Morgan Stanley Bank NA Cash Account | A | Interest | N | T | | | | | |
| 21.　-Morgan Stanley Private Bank NA Cash Account | A | Interest | M | T | | | | | |
| 22.　-Virginia Beach VA Dev Auth 5.125% Matures 2/15/18 | A | Interest | | | Matured | 02/15/18 | J | | |
| 23.　-MFS Investors Growth Stk A MIGFX | D | Dividend | L | T | | | | | |
| 24.　-Opp Roch Sht Dur Hg Yld Muni C OITCX | C | Interest | M | T | | | | | |
| 25.　-Touchstone Ultra Sht Dur Fi S SSSGX | B | Dividend | M | T | | | | | |
| 26.　-Western Asset Managed Muni A SHMMX | D | Interest | N | T | | | | | |
| 27. | | | | | | | | | |
| 28.　Investment Account #3S (H) | | | | | | | | | |
| 29.　-Alder Biopharmaceuticals | | None | | | Sold (part) | 01/08/18 | J | A | |
| 30. | | | | | Sold (part) | 01/09/18 | J | A | |
| 31. | | | | | Sold | 04/12/18 | J | B | |
| 32.　-Aphabet Inc Com CL C | | None | J | T | Buy | 04/03/18 | J | | |
| 33. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 34. | | | | | Sold (part) | 06/20/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 36. -Allergan | A | Dividend | | | Buy (add'l) | 01/02/18 | J | | |
| 37. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 38. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 39. | | | | | Sold | 08/08/18 | J | A | |
| 40. -Agios Pharmaceuticals | | None | | | Sold (part) | 01/11/18 | J | A | |
| 41. | | | | | Sold (part) | 02/22/18 | J | A | |
| 42. | | | | | Sold | 04/02/18 | J | A | |
| 43. -Alexion Pharmaceuticals | | None | | | Buy (add'l) | 01/25/18 | J | | |
| 44. | | | | | Sold | 04/26/18 | J | A | |
| 45. -Alibaba Grp Sp ADR | | None | J | T | Sold (part) | 03/01/18 | J | B | |
| 46. | | | | | Sold (part) | 05/07/18 | J | A | |
| 47. | | | | | Sold (part) | 06/04/18 | J | A | |
| 48. | | | | | Sold (part) | 06/19/18 | J | B | |
| 49. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 50. -Align Technology | | None | J | T | Buy (add'l) | 01/05/18 | J | | |
| 51. | | | | | Buy (add'l) | 01/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/18/18 | J | A | |
| 53. | | | | | Sold (part) | 04/18/18 | J | A | |
| 54. | | | | | Sold (part) | 06/12/18 | J | A | |
| 55. | | | | | Sold (part) | 07/17/18 | J | A | |
| 56. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 57.    -Amazon | | None | J | T | Sold (part) | 01/11/18 | J | A | |
| 58. | | | | | Sold (part) | 01/30/18 | J | A | |
| 59. | | | | | Sold (part) | 02/26/18 | J | B | |
| 60. | | | | | Sold (part) | 06/04/18 | J | A | |
| 61. | | | | | Sold (part) | 07/12/18 | J | A | |
| 62. | | | | | Sold (part) | 08/29/18 | J | B | |
| 63. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 64.    -Apple | A | Dividend | J | T | Sold (part) | 04/17/18 | J | A | |
| 65. | | | | | Sold (part) | 05/17/18 | J | A | |
| 66. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 67. | | | | | Sold (part) | 07/26/18 | J | B | |
| 68. | | | | | Sold (part) | 08/17/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 70. | | | | | Sold<br>(part) | 09/13/18 | J | B | |
| 71. | | | | | Buy<br>(add'l) | 11/16/18 | J | | |
| 72. | | | | | Buy<br>(add'l) | 12/11/18 | J | | |
| 73. -Applied Materials | A | Dividend | J | T | Sold<br>(part) | 03/01/18 | J | B | |
| 74. | | | | | Buy<br>(add'l) | 03/07/18 | J | | |
| 75. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 77. | | | | | Sold<br>(part) | 08/27/18 | J | | |
| 78. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 79. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 80. -Axon Enterprise | | None | J | T | Sold<br>(part) | 02/14/18 | J | | |
| 81. | | | | | Sold<br>(part) | 02/28/18 | J | A | |
| 82. | | | | | Sold<br>(part) | 03/01/18 | J | A | |
| 83. | | | | | Sold<br>(part) | 03/27/18 | J | A | |
| 84. | | | | | Sold<br>(part) | 04/03/18 | J | A | |
| 85. | | | | | Sold<br>(part) | 04/12/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 05/09/18 | J | A | |
| 87. | | | | | Sold<br>(part) | 05/17/18 | J | A | |
| 88. | | | | | Sold<br>(part) | 05/22/18 | J | A | |
| 89. | | | | | Sold<br>(part) | 06/05/18 | J | B | |
| 90. | | | | | Sold<br>(part) | 06/14/18 | J | A | |
| 91. | | | | | Buy<br>(add'l) | 06/26/18 | J | | |
| 92. | | | | | Sold<br>(part) | 07/17/18 | J | A | |
| 93. | | | | | Sold<br>(part) | 07/20/18 | J | A | |
| 94. -Advanced Biomedical Tech, Inc. | None | J | T | | Buy | 09/20/18 | J | | |
| 95. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 96. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 97. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 98. -Adobe, Inc. | None | J | T | | Buy | 09/13/18 | J | | |
| 99. -Baidu, Inc. | None | J | T | | Buy | 05/21/18 | J | | |
| 100. | | | | | Buy<br>(add'l) | 05/22/18 | J | | |
| 101. | | | | | Buy<br>(add'l) | 05/25/18 | J | | |
| 102. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   -Baozun Inc | | None | J | T | Buy | 06/01/18 | J | | |
| 104. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 105. | | | | | Sold<br>(part) | 06/18/18 | J | | |
| 106. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 107.   -Beigene Ltd | | None | J | T | Buy | 03/20/18 | J | | |
| 108. | | | | | Buy<br>(add'l) | 05/09/18 | J | | |
| 109. | | | | | Sold<br>(part) | 06/11/18 | J | A | |
| 110. | | | | | Buy<br>(add'l) | 06/13/18 | J | | |
| 111. | | | | | Sold<br>(part) | 06/13/18 | J | A | |
| 112. | | | | | Buy<br>(add'l) | 06/20/18 | J | | |
| 113. | | | | | Buy<br>(add'l) | 07/06/18 | J | | |
| 114. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 115. | | | | | Buy<br>(add'l) | 10/12/18 | J | | |
| 116.   -Biotelemetry | | None | J | T | Sold<br>(part) | 01/22/18 | J | | |
| 117. | | | | | Sold<br>(part) | 04/26/18 | J | A | |
| 118. | | | | | Sold<br>(part) | 05/04/18 | J | A | |
| 119. | | | | | Sold<br>(part) | 06/07/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold (part) | 07/05/18 | J | A | |
| 121. | | | | | Sold (part) | 07/17/18 | J | A | |
| 122. | | | | | Sold (part) | 07/26/18 | J | A | |
| 123. | | | | | Sold (part) | 09/28/18 | J | A | |
| 124. | | | | | Sold (part) | 12/03/18 | J | A | |
| 125.  -Boeing | A | Dividend | | | Buy | 02/02/18 | J | | |
| 126. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 127. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 128. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 129. | | | | | Sold (part) | 05/10/18 | J | | |
| 130. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 131. | | | | | Sold (part) | 06/06/18 | J | A | |
| 132. | | | | | Sold | 06/18/18 | J | A | |
| 133.  -Callaway Golf Company | | None | | | Buy | 04/13/18 | J | | |
| 134. | | | | | Sold | 07/09/18 | J | A | |
| 135.  -Canopy Growth Corporation | | None | J | T | Buy | 05/25/18 | J | | |
| 136. | | | | | Sold (part) | 06/12/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 138. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 139. | | | | | Sold (part) | 08/28/18 | J | A | |
| 140. -Cisco Systems, Inc. | | None | | | Buy | 04/12/18 | J | | |
| 141. | | | | | Sold | 05/16/18 | J | | |
| 142. -Celgene Corp | | None | J | T | | | | | |
| 143. -Constellation Brands, Inc. | A | Dividend | | | Buy | 04/13/18 | J | | |
| 144. | | | | | Sold | 05/25/18 | J | | |
| 145. -Cronos Group, Inc. | | None | | | Buy | 03/01/18 | J | | |
| 146. | | | | | Sold (part) | 03/02/18 | J | A | |
| 147. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 148. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 149. | | | | | Sold (part) | 05/02/18 | J | | |
| 150. | | | | | Sold (part) | 05/03/18 | J | | |
| 151. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 152. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 153. | | | | | Sold (part) | 05/16/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 05/31/18 | J | | |
| 155. | | | | | Sold<br>(part) | 06/13/18 | J | | |
| 156. | | | | | Sold | 06/19/18 | J | | |
| 157.  -Cypress Semiconductor Corp | A | Dividend | | | Buy | 03/02/18 | J | | |
| 158. | | | | | Sold | 04/12/18 | J | | |
| 159.  -Walt Disney | A | Dividend | J | T | Sold<br>(part) | 07/13/18 | J | A | |
| 160. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 161. | | | | | Sold<br>(part) | 10/19/18 | J | A | |
| 162.  -Exelixis | | None | J | T | Buy<br>(add'l) | 02/27/18 | J | | |
| 163. | | | | | Sold<br>(part) | 03/06/18 | J | | |
| 164. | | | | | Sold<br>(part) | 03/12/18 | J | | |
| 165. | | | | | Buy<br>(add'l) | 05/17/18 | J | | |
| 166. | | | | | Buy<br>(add'l) | 06/26/18 | J | | |
| 167.  -Facebook, Inc. CL A | | None | | | Sold<br>(part) | 03/27/18 | J | A | |
| 168. | | | | | Buy<br>(add'l) | 04/05/18 | J | | |
| 169. | | | | | Sold<br>(part) | 04/19/18 | J | A | |
| 170. | | | | | Sold | 04/24/18 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Fireeye | | None | | | Sold | 02/12/18 | J | A | |
| 172.  -Goldman Sachs Group | A | Dividend | | | Buy<br>(add'l) | 01/02/18 | J | | |
| 173. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 174. | | | | | Sold | 04/12/18 | J | A | |
| 175.  -GW Pharmaceuticals | | None | J | T | Buy | 04/19/18 | J | | |
| 176. | | | | | Buy<br>(add'l) | 05/02/18 | J | | |
| 177. | | | | | Sold<br>(part) | 06/25/18 | J | A | |
| 178. | | | | | Sold<br>(part) | 08/01/18 | J | | |
| 179.  -General Motors | A | Dividend | | | Buy | 02/02/18 | J | | |
| 180. | | | | | Buy<br>(add'l) | 03/02/18 | J | | |
| 181. | | | | | Buy<br>(add'l) | 03/26/18 | J | | |
| 182. | | | | | Buy<br>(add'l) | 03/27/18 | J | | |
| 183. | | | | | Sold<br>(part) | 05/25/18 | J | | |
| 184. | | | | | Sold | 06/18/18 | J | A | |
| 185.  -Illuminina Inc. | | None | J | T | Buy | 02/05/18 | J | | |
| 186. | | | | | Sold<br>(part) | 04/18/18 | J | A | |
| 187. | | | | | Sold<br>(part) | 05/09/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 06/12/18 | J | A | |
| 189. | | | | | Sold<br>(part) | 06/20/18 | J | A | |
| 190. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 191. -Intercept Pharmaceuticals | None | J | T | | Buy<br>(add'l) | 01/03/18 | J | | |
| 192. | | | | | Sold | 04/05/18 | J | | |
| 193. | | | | | Buy<br>(add'l) | 08/08/18 | J | | |
| 194. | | | | | Buy<br>(add'l) | 08/16/18 | J | | |
| 195. | | | | | Buy<br>(add'l) | 08/31/18 | J | | |
| 196. | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 197. -Ionis Pharmaceuticals | None | | | | Sold | 03/01/18 | J | | |
| 198. -IQIYI | None | J | T | | Buy<br>(add'l) | 06/20/18 | J | | |
| 199. | | | | | Sold<br>(part) | 06/21/18 | J | | |
| 200. | | | | | Buy<br>(add'l) | 06/26/18 | J | | |
| 201. | | | | | Buy<br>(add'l) | 06/27/18 | J | | |
| 202. | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 203. | | | | | Buy<br>(add'l) | 07/05/18 | J | | |
| 204. | | | | | Buy<br>(add'l) | 07/11/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 08/03/18 | J | | |
| 206. | | | | | Buy<br>(add'l) | 08/16/18 | J | | |
| 207. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 208.  -JD Com | None | J | T | | Sold<br>(part) | 01/08/18 | J | A | |
| 209. | | | | | Buy<br>(add'l) | 04/24/18 | J | | |
| 210. | | | | | Sold<br>(part) | 06/06/18 | J | A | |
| 211. | | | | | Sold<br>(part) | 06/12/18 | J | A | |
| 212. | | | | | Buy<br>(add'l) | 06/18/18 | J | | |
| 213. | | | | | Buy<br>(add'l) | 08/16/18 | J | | |
| 214. | | | | | Buy<br>(add'l) | 09/10/18 | J | | |
| 215. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 216.  -Kushco Holdings, Inc. | None | J | T | | Buy | 12/14/18 | J | | |
| 217.  -LGI Homes, Inc. | None | J | T | | Buy | 05/10/18 | J | | |
| 218. | | | | | Buy<br>(add'l) | 05/16/18 | J | | |
| 219. | | | | | Buy<br>(add'l) | 06/21/18 | J | | |
| 220. | | | | | Sold<br>(part) | 07/12/18 | J | | |
| 221. | | | | | Buy<br>(add'l) | 08/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -Lam Research Corp | A | Dividend | J | T | Buy | 02/05/18 | J | | |
| 223. | | | | | Sold<br>(part) | 03/01/18 | J | A | |
| 224. | | | | | Buy<br>(add'l) | 03/22/18 | J | | |
| 225. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |
| 226. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 227. | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 228. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 229. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |
| 230.  -Microsoft | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 231. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 232. | | | | | Sold<br>(part) | 07/12/18 | J | A | |
| 233. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 234. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 235.  -Micron Technology | | None | | | Sold<br>(part) | 01/25/18 | J | | |
| 236. | | | | | Buy<br>(add'l) | 03/12/18 | J | | |
| 237. | | | | | Buy<br>(add'l) | 03/22/18 | J | | |
| 238. | | | | | Buy<br>(add'l) | 03/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 04/09/18 | J | | |
| 240. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 241. | | | | | Sold | 05/02/18 | J | | |
| 242.   -Motus GI Holdings, Inc. | | None | | | Buy | 07/09/18 | J | | |
| 243. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 244. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 245. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 246. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 247. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 248. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 249. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 250. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 251. | | | | | Sold (part) | 09/13/18 | J | | |
| 252. | | | | | Sold | 12/03/18 | J | | |
| 253.   -Nucor | | None | | | Buy (add'l) | 01/05/18 | J | | |
| 254. | | | | | Sold (part) | 02/02/18 | J | | |
| 255. | | | | | Sold | 04/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.　-Nvidia Corp. | A | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 257. | | | | | Sold (part) | 02/16/18 | J | | |
| 258. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 259. | | | | | Sold (part) | 09/04/18 | J | | |
| 260. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 261. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 262. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 263.　-Omeros Corp | | None | J | T | Sold (part) | 01/03/18 | J | | |
| 264. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 265. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 266. | | | | | Sold (part) | 02/16/18 | J | | |
| 267. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 268. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 269. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 270. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 271. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 272. | | | | | Buy (add'l) | 06/22/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 08/22/18 | J | | |
| 274. | | | | | Sold (part) | 08/30/18 | J | | |
| 275.  -Oshkosh Corporation | | None | | | Buy | 03/06/18 | J | | |
| 276. | | | | | Sold | 04/13/18 | J | | |
| 277.  -Paypal Hldgs | | None | | | Buy (add'l) | 02/01/18 | J | | |
| 278. | | | | | Sold (part) | 03/01/18 | J | | |
| 279. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 280. | | | | | Sold (part) | 07/24/18 | J | | |
| 281. | | | | | Sold | 08/29/18 | J | | |
| 282.  -Preferred Apt Cmntys Inc REIT | A | Dividend | J | T | Sold (part) | 01/04/18 | J | C | |
| 283. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 284. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 285. | | | | | Buy (add'l) | 01/22/18 | J | | |
| 286. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 287. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 288. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 289. | | | | | Sold (part) | 06/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/29/18 | J | | |
| 291. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 292. | | | | | Sold (part) | 08/17/18 | J | A | |
| 293. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 294.   -Ravenquest Biomed Inc | None | | J | T | Buy | 05/23/18 | J | | |
| 295. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 296. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 297. | | | | | Sold (part) | 09/04/18 | J | | |
| 298.   -Regeneron Pharmaceuticals | None | | J | T | Buy (add'l) | 01/12/18 | J | | |
| 299. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 300. | | | | | Sold (part) | 08/01/18 | J | | |
| 301. | | | | | Sold (part) | 08/29/18 | J | | |
| 302.   -Salesforce.com | None | | | | Buy | 04/18/18 | J | | |
| 303. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 304. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 305. | | | | | Sold (part) | 07/11/18 | J | A | |
| 306. | | | | | Sold | 08/14/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  -Charles Schwab Corp | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 308.  -Select Sector SPDR Trust SBI INT-FINL ETF | | None | | | Buy (add'l) | 01/25/18 | J | | |
| 309. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 310. | | | | | Sold | 03/01/18 | J | | |
| 311.  -Select Sector SPDR Trust SBI INT-INDS ETF | | None | | | Sold (part) | 01/03/18 | J | A | |
| 312. | | | | | Buy (add'l) | 01/08/18 | J | | |
| 313. | | | | | Sold | 03/01/18 | J | | |
| 314.  -Shopify Inc CL | | None | J | T | Sold (part) | 01/05/18 | J | A | |
| 315. | | | | | Sold (part) | 01/24/18 | J | A | |
| 316. | | | | | Sold (part) | 02/14/18 | J | A | |
| 317. | | | | | Sold (part) | 03/08/18 | J | A | |
| 318. | | | | | Sold (part) | 03/16/18 | J | C | |
| 319. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 320. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 321. | | | | | Sold (part) | 05/04/18 | J | A | |
| 322. | | | | | Sold (part) | 05/22/18 | J | A | |
| 323. | | | | | Sold (part) | 06/04/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 06/13/18 | J | A | |
| 325. | | | | | Sold (part) | 06/28/18 | J | A | |
| 326. | | | | | Sold (part) | 07/20/18 | J | A | |
| 327. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 328. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 329. -Tencent Hldgs Ltd | A | Dividend | | | Sold (part) | 01/23/18 | J | A | |
| 330. | | | | | Sold (part) | 03/22/18 | J | | |
| 331. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 332. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 333. | | | | | Sold (part) | 05/10/18 | J | | |
| 334. | | | | | Sold (part) | 05/21/18 | J | A | |
| 335. | | | | | Sold | 05/24/18 | J | A | |
| 336. -Vertex Pharmaceutical | | None | | | Buy | 04/12/18 | J | | |
| 337. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 338. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 339. | | | | | Sold (part) | 06/22/18 | J | | |
| 340. | | | | | Sold (part) | 07/12/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold | 10/11/18 | J | B | |
| 342. -Weibo Corp | | None | J | T | Buy | 08/17/18 | J | | |
| 343. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 344. | | | | | | | | | |
| 345. Retirement Account #1 (H) | | | | | | | | | |
| 346. -Janus Henderson Enterprise JDMNX | G | Distribution | P1 | T | | | | | |
| 347. -Pooled Stable Value Fund | | None | P1 | T | | | | | |
| 348. | | | | | | | | | |
| 349. Retirement Account #2 (H) | | | | | | | | | |
| 350. TIAA Traditional | B | Interest | K | T | | | | | |
| 351. | | | | | | | | | |
| 352. Retirement Account #3S (H) | | | | | | | | | |
| 353. -Vanguard Tot Stk Mkt Idx Inst Plus | D | Dividend | O | T | Sold (part) | 09/30/18 | M | D | |
| 354. | | | | | Sold (part) | 12/31/18 | M | | |
| 355. -Vanguard Tot Intl Stock Ix Inst | C | Dividend | M | T | Sold (part) | 09/30/18 | K | A | |
| 356. | | | | | Sold (part) | 12/31/18 | K | | |
| 357. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  Retirement Account #4S (H) | | | | | | | | | |
| 359.  -Federated Investments Fed Government Oblig Fund (ZF101) | B | Distribution | K | T | | | | | |
| 360.  -Vangaurd Dividend Growth Investor CL VDIGX | C | Distribution | L | T | Buy (add'l) | 01/12/18 | J | | |
| 361. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 362. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 363.  -Vanguard Emerging Markets Stock Index Investor CL VEIEX | A | Distribution | K | T | Buy (add'l) | 01/12/18 | K | | |
| 364. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 365. | | | | | Sold (part) | 04/30/18 | J | A | |
| 366.  -Vanguard European Stock Index Admiral CL VEUSX | A | Distribution | J | T | Sold (part) | 03/23/18 | J | A | |
| 367. | | | | | Sold (part) | 06/19/18 | J | A | |
| 368.  -Vanguard Extended Market Index Admiral CL VEXAX | A | Distribution | K | T | Buy (add'l) | 04/13/18 | J | | |
| 369. | | | | | Sold (part) | 09/11/18 | J | C | |
| 370. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 371.  -Vanguard 500 Index Admiral CL VFIAX | A | Distribution | K | T | Buy (add'l) | 10/26/18 | J | | |
| 372.  -Vanguard Mid Cap Index Admiral CL VIMAX | B | Distribution | L | T | Sold (part) | 08/17/18 | J | B | |
| 373. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 374.  -Vanguard Mid Cap Growth Index Admiral CL VMGMX | A | Distribution | K | T | Sold (part) | 10/09/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. -Vanguard Emerging Markets Select Stock Investor CL VMMSX | A | Distribution | J | T | Sold (part) | 06/11/18 | J | B | |
| 376. | | | | | Sold (part) | 09/12/18 | J | A | |
| 377. -Vanguard Prime Money Market Investor CL VMMXX | B | Distribution | L | T | | | | | |
| 378. -Vanguard Mid Cap Value Index Admiral CL VMVAX | A | Distribution | K | T | Sold (part) | 08/17/18 | J | B | |
| 379. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 380. -Vanguard Intl Explorer Investor CL VINEX | | None | | | Sold | 01/12/18 | K | | |
| 381. -Fidelity Select Biotechnology FBIOX | B | Distribution | K | T | Sold (part) | 01/22/18 | J | B | |
| 382. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 383. | | | | | Sold (part) | 08/30/18 | J | B | |
| 384. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 385. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 386. -Fidelity Select IT Services FBSOX | A | Distribution | K | T | Buy (add'l) | 10/26/18 | J | | |
| 387. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 388. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 389. -Fidelity Select Industrials FCYIX | A | Distribution | K | T | Buy (add'l) | 01/25/18 | J | | |
| 390. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 391. -Fidelity Select Natural Gas FSNGX | A | Distribution | | | Sold (part) | 01/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold | 03/29/18 | J | | |
| 393.  -Fidelity Select Technology FSPTX | C | Distribution | K | T | Buy<br>(add'l) | 03/29/18 | J | | |
| 394. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 395. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 396. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 397. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 398.  -Fidelity Select Semiconductor (FSELX) | | None | J | T | Buy | 12/18/18 | J | | |
| 399.  -Matthews Asia Dividend Investor CL<br>MAPIX | B | Distribution | K | T | Buy<br>(add'l) | 07/16/18 | J | | |
| 400. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 401. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 402.  -Matthews Asia Pacific Tiger Investor CL<br>MAPTX | B | Distribution | K | T | Buy<br>(add'l) | 01/02/18 | J | | |
| 403. | | | | | Sold<br>(part) | 04/30/18 | K | A | |
| 404. | | | | | Buy<br>(add'l) | 05/16/18 | K | | |
| 405. | | | | | Buy<br>(add'l) | 10/16/18 | J | | |
| 406.  -Matthews Asia China Dividend Investor CL<br>MCDFX | A | Distribution | K | T | Buy<br>(add'l) | 08/17/18 | J | | |
| 407.  -Matthews Asia China Investor CL MCHFX | A | Distribution | J | T | | | | | |
| 408.  -Matthews Asia India Investor CL MINDX | D | Distribution | K | T | Buy<br>(add'l) | 08/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Buy<br>(add'l) | 10/03/18 | J | | |
| 410. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 411. -T Rowe Price Financial Services Investor CL PRISX | C | Distribution | K | T | Sold<br>(part) | 03/21/18 | J | B | |
| 412. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 413. -T Rowe Price Japan PRJPX | B | Distribution | K | T | Buy<br>(add'l) | 01/10/18 | K | | |
| 414. | | | | | | | | | |
| 415. Retirement Account #5S (H) | | | | | | | | | |
| 416. -Federated Investments Fed Government Oblig Fund ZF101 | B | Distribution | K | T | | | | | |
| 417. -Vangaurd Dividend Growth Investor CL VDIGX | C | Distribution | L | T | Buy<br>(add'l) | 11/14/18 | K | | |
| 418. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 419. -Vanguard Equity Income Admiral CL VEIRX | C | Distribution | K | T | Buy<br>(add'l) | 12/19/18 | J | | |
| 420. -Vanguard European Stock Index Admiral CL VEUSX | B | Distribution | L | T | Buy<br>(add'l) | 01/08/18 | K | | |
| 421. | | | | | Buy<br>(add'l) | 06/22/18 | J | | |
| 422. | | | | | Sold<br>(part) | 09/11/18 | J | | |
| 423. -Vanguard Extended Market Index Admiral CL VEXAX | A | Distribution | K | T | Buy<br>(add'l) | 02/06/18 | J | | |
| 424. | | | | | Sold<br>(part) | 08/17/18 | J | B | |
| 425. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  -Vanguard 500 Index Admiral CL VFIAX | A | Distribution | K | T | Buy<br>(add'l) | 01/23/18 | J | | |
| 427. | | | | | Buy<br>(add'l) | 02/06/18 | J | | |
| 428. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 429. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 430.  -Vanguard FTSE All World Ex U.S. Index Admiral Cl VFWAX | B | Distribution | K | T | | | | | |
| 431.  -Vanguard Energy Investor CL VGENX | | None | K | T | Buy | 11/14/18 | K | | |
| 432.  -Vanguard Healthcare Investor CL VGHCX | A | Distribution | | | Buy<br>(add'l) | 02/06/18 | J | | |
| 433. | | | | | Merged<br>(with line 434) | 02/07/18 | L | | |
| 434.  -Vanguard Healthcare Admiral CL VGHAX | D | Distribution | L | T | Open | 02/07/18 | L | | |
| 435. | | | | | Buy<br>(add'l) | 02/13/18 | K | | |
| 436. | | | | | Sold<br>(part) | 03/02/18 | J | C | |
| 437. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 438. | | | | | Sold<br>(part) | 08/02/18 | J | D | |
| 439. | | | | | Sold<br>(part) | 10/03/18 | J | C | |
| 440. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 441.  -Vanguard Mid Cap Index Admiral CL VIMAX | A | Distribution | J | T | | | | | |
| 442.  -Vanguard Inflation Protected Secs Investor CL VIPSX | A | Distribution | K | T | Buy<br>(add'l) | 01/30/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Buy<br>(add'l) | 09/17/18 | K | | |
| 444. | | | | | Sold<br>(part) | 11/14/18 | K | | |
| 445. -Vanguard Mid Cap Growth Index Admiral CL VMGMX | A | Distribution | K | T | | | | | |
| 446. -Vanguard Prime Money Market Investor CL VMMXX | C | Interest | L | T | Sold<br>(part) | 12/21/18 | J | | |
| 447. | | | | | Sold<br>(part) | 12/27/18 | L | | |
| 448. -Vanguard Mid Cap Value Index Admiral CL VMVAX | B | Distribution | K | T | | | | | |
| 449. -Vanguard U.S. Growth Investor CL VWUSX | A | Distribution | | | Buy<br>(add'l) | 02/06/18 | J | | |
| 450. | | | | | Merged<br>(with line 451) | 02/07/18 | L | | |
| 451. -Vanguard U.S. Growth Admiral CL VWUAX | D | Distribution | L | T | Open | 02/07/18 | L | | |
| 452. | | | | | Sold<br>(part) | 07/02/18 | J | C | |
| 453. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 454. -Fidelity Japan Small Companies FJSCX | A | Distribution | K | T | Buy<br>(add'l) | 08/22/18 | J | | |
| 455. -Fidelity Select Biotechnology FBIOX | C | Distribution | L | T | Buy<br>(add'l) | 04/10/18 | J | | |
| 456. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 457. -Fidelity Select IT Services FBSOX | A | Distribution | K | T | Sold<br>(part) | 01/08/18 | J | B | |
| 458. | | | | | Sold<br>(part) | 03/21/18 | J | C | |
| 459. | | | | | Sold<br>(part) | 08/06/18 | J | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold<br>(part) | 10/15/18 | J | C | |
| 461. -Fidelity Select Industrial Equipment FSCGX | A | Distribution | | | Merged<br>(with line 462) | 01/26/18 | J | | |
| 462. -Fidelity Select Industrials FCYIX | A | Distribution | J | T | Open | 01/26/18 | J | | |
| 463. -Fidelty Select Comsumer Staples FDFAX | B | Distribution | K | T | Sold<br>(part) | 01/23/18 | K | B | |
| 464. | | | | | Buy<br>(add'l) | 05/25/18 | J | | |
| 465. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 466. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 467. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 468. -Fidelity Select Financial Services FIDSX | B | Distribution | K | T | Buy<br>(add'l) | 12/18/18 | J | | |
| 469. -Fidelity Select Semiconductors FSELX | D | Distribution | K | T | Buy<br>(add'l) | 02/08/18 | J | | |
| 470. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 471. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 472. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 473. -Fidelity Select Natural Gas FSNGX | A | Distribution | | | Sold | 03/29/18 | K | | |
| 474. -Fidelity Select Gold FSAGX | | None | J | T | Buy | 12/21/18 | J | | |
| 475. -Janus Henderson Global Life Sciences CL T JAGLX | D | Distribution | M | T | Sold<br>(part) | 01/16/18 | J | B | |
| 476. | | | | | Sold<br>(part) | 07/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold<br>(part) | 09/11/18 | J | B | |
| 478. | | | | | Buy<br>(add'l) | 10/16/18 | J | | |
| 479. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 480. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 481.  -Matthews Asia Dividend Investor CL<br>MAPIX | B | Distribution | K | T | Buy<br>(add'l) | 06/27/18 | J | | |
| 482. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 483.  -Matthews Asia Innovators Investors CL<br>MATFX | B | Distribution | L | T | Sold<br>(part) | 04/19/18 | J | B | |
| 484. | | | | | Buy<br>(add'l) | 07/10/18 | J | | |
| 485. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 486. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 487. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 488. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 489.  -T Rowe Euopopean Stock Investor CL<br>PRESX | A | Distribution | K | T | Sold<br>(part) | 01/08/18 | K | A | |
| 490.  -T Rowe Price Global Technology Investor<br>CL PRGTX | D | Distribution | L | T | Sold<br>(part) | 08/06/18 | J | C | |
| 491. | | | | | Buy<br>(add'l) | 10/31/18 | J | | |
| 492. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 493.  -T Rowe Price Financial Services Investor<br>CL PRISX | C | Distribution | K | T | Buy<br>(add'l) | 12/17/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | | | | | |
| 495. Retirement Account #6S (H) | | | | | | | | | |
| 496. -TIAA Traditional | E | Int./Div. | O | T | | | | | |
| 497. -CREF Stock R3 | A | Distribution | L | T | | | | | |
| 498. -T-C Eq Index-Inst | A | Distribution | K | T | | | | | |
| 499. -TIAA Real Estate | A | Distribution | | | Sold<br>(part) | 04/20/18 | M | | |
| 500. | | | | | Sold | 10/17/18 | J | | |
| 501. | | | | | | | | | |
| 502. Rental House B, Cambridge, MA | E | Rent | P1 | W | | | | | |
| 503. Rental House O, Wellfleet, MA | E | Rent | P1 | W | | | | | |
| 504. Rental House C, Wellfleet, MA | D | Rent | O | W | | | | | |
| 505. Rental House G, Wellfleet, MA | E | Rent | P1 | W | | | | | |
| 506. Rental House H, Hanalei, Hawaii | C | Rent | P1 | W | | | | | |
| 507. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael Boudin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544